No. 23-1228

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| COURTNEY EALY, | ) | Appeal from the United States |
| | ) | District Court for the |
| Plaintiff-Appellant, | ) | Central District of Illinois, |
| | ) | |
| v. | ) | No. 3:20-cv-03027 |
| | ) | |
| CAMERON WATSON, DAVID D. | ) | |
| FRANK, and ANGELA McKITTRICK, | ) | The Honorable |
| | ) | JAMES E. SHADID, |
| Defendants-Appellees. | ) | Judge Presiding. |

**DEFENDANTS-APPELLEES' UNOPPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF**

Defendants-Appellees Cameron Watson, David D. Frank, and Angela McKittrick move this court for a 31-day extension of time, from Friday, February 9, 2024, to Monday, March 11, 2024, to file their response brief in this appeal. The attached declaration is submitted in support of this motion.

                                                    Respectfully submitted,

                                                    KWAME RAOUL
                                                    Attorney General
                                                    State of Illinois

By:   /s/ Megan L. Brown
         MEGAN L. BROWN
         Assistant Attorney General
         115 South LaSalle Street
         Chicago, Illinois 60603
         (224) 204-9642 (office)
         (312) 415-6318 (cell)
         Megan.Brown@ilag.gov

# DECLARATION

I, Megan L. Brown, state the following:

1. I am a citizen of the United States over the age of 18. My current business address is 115 South LaSalle Street, Chicago, Illinois 60603. I have personal knowledge of the facts set forth in this declaration. If called upon, I could competently testify to these facts.

2. I am an Assistant Attorney General in the Civil Appeals Division of the Office of the Attorney General of the State of Illinois, and have been assigned to represent Defendants-Appellees before this court in the appeal docketed as *Ealy v. Watson*, No. 23-1228.

3. Defendants-Appellees' response brief is due by February 9, 2024, on one extension of time. This is Defendant-Appellees' second request for an extension of time to file this brief. On January 2, 2024, Defendants-Appellees filed a motion for an extension of time, 7th Cir. Doc. 37, which this court granted on January 3, 2024, 7th Cir. Doc. 38.

4. This motion is being filed at least seven days before the response brief's due date, as required by 7th Cir. R. 26.

5. Although I have begun work on Defendants-Appellees' response brief, I will not be able to finish that brief, have it reviewed through the regular review process of the Civil Appeals Division, finalize it, and file it with this court by February 9, 2024, for the following reason.

6. On January 30, 2024, I am scheduled to file the response brief on behalf of Unnamed Respondent Illinois Human Rights Commission with the Illinois Appellate Court, First Judicial District, in *Gabriel v. Catalyst Maria Charter Schs.*, No. 1-23-1159, which is due on two extensions. The case involved over 30 separate claims of employment discrimination under the Illinois Human Rights Act, as well as agency jurisdiction issues. I gave this brief priority in my work schedule because two extensions of time had already been granted and it was due before this brief.

7. On January 30, 2024, I gave notice to Caleb P. Redmond, the attorney for the opposing party, Plaintiff-Appellant Courtney Ealy, in this appeal by providing a copy of this motion before it was filed with this court. That attorney does not object to this motion.

8. I do not request this extension of time from February 9, 2024, to March 11, 2024, to file the response brief in this appeal for purposes of delay, but so that I may try to meet my professional responsibilities, properly represent my clients, and provide this court with a thorough brief in this case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on January 31, 2024

/s/ Megan L. Brown
MEGAN L. BROWN
Assistant Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(224) 204-9642 (office)
(312) 415-6318 (cell)
Megan.Brown@ilag.gov

# CERTIFICATE OF FILING AND SERVICE

I hereby certify that on January 31, 2024, I electronically filed the foregoing Defendants-Appellees' Unopposed Motion for Extension of Time to File Brief with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

I further certify that the other participants in this appeal are CM/ECF users and will be served by the CM/ECF system:

| | |
|---|---|
| Caleb P. Redmond<br>credmond@jonesday.com | David T. Raimer<br>dtraimer@jonesday.com |
| Anika M. Smith<br>anikasmith@jonesday.com | David Wreesman<br>dwreesman@jonesday.com |

/s/ Megan L. Brown
**MEGAN L. BROWN**
Assistant Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(224) 204-9642 (office)
(312) 415-6318 (cell)
Megan.Brown@ilag.gov